## IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| ZECHARIAH PALMER, | § |
| | § No. 291, 2015 |
| Defendant Below- | § |
| Appellant, | § |
| | § |
| v. | § Court Below—Superior Court |
| | § of the State of Delaware, |
| STATE OF DELAWARE, | § in and for New Castle County |
| | § Cr. ID Nos. 1411011364 and |
| Plaintiff Below- | § 1403020165 |
| Appellee. | § |

Submitted: September 8, 2015
Decided: September 14, 2015

## O R D E R

This 14th day of September 2015, it appears to the Court that, on August 20, 2015, the Senior Court Clerk issued a notice to the appellant to show cause why this appeal should not be dismissed for his failure to diligently prosecute the appeal by not filing his opening brief and appendix in this matter. The appellant failed to respond to the notice to show cause within the required ten-day period; therefore, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED that the appeal is DISMISSED.

BY THE COURT:

_____
Justice